UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| PROJECT VERITAS ACTION FUND, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 16-10462-LTS |
| DANIEL F. CONLEY, SUFFOLK COUNTY DISTRICT ATTORNEY | ) ) ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2, please enter the appearance of Ryan E. Ferch as counsel for the Defendant.

Respectfully submitted,

MAURA HEALEY
ATTORNEY GENERAL

/s/ *Ryan E. Ferch*
Ryan E. Ferch (BBO No. 670151)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2842
Dated: April 1, 2016              ryan.ferch@state.ma.us

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Ryan E. Ferch*
Ryan E. Ferch (BBO No. 670151)
Assistant Attorney General