UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| PROJECT VERITAS ACTION FUND, <br><br> Plaintiff, <br><br> v. <br><br> DANIEL F. CONLEY, in his official capacity as Suffolk County District Attorney, <br><br> Defendant. | C.A. No. 1:16-cv-10462-LTS <br><br> REQUEST FOR ORAL ARGUMENT |

## **PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Fed. R. Civ. P. 65, Plaintiff Project Veritas Action Fund ("PVA") respectfully requests that the Court issue a preliminary injunction enjoining Defendant Daniel F. Conley from enforcing G.L. c. 272, §99(B)(4), (C)(1), (C)(3), (C)(5) and (C)(6) until a final hearing on the merits.

Plaintiff's counsel has conferred with opposing counsel and has attempted in good faith to resolve or narrow the issues in this dispute, but cannot, and this motion is opposed.

PVA is likely to succeed on the merits of its claims and is irreparably harmed by the law in question. Banning an entire medium of newsgathering and expression damages interests at the core of the First Amendment. Moreover, the balance of harms favors PVA and an injunction would serve the public interest by protecting fragile First Amendment freedoms. Pursuant to Local Rule 7.1(b), Plaintiff's Memorandum of Law in Support of this Motion for Preliminary Injunction is being filed contemporaneously herewith.

Plaintiff respectfully requests oral argument on this motion.

Respectfully submitted,

PROJECT VERITAS ACTION FUND,

By its attorneys,

/s/ Stephen R. Klein
Stephen R. Klein (Pro Hac Vice)
stephen.klein.esq@gmail.com
500 Madison Street #419
Alexandria, VA 22314
734-233-1705 – o
*admitted pro hac vice*

Daniel J. Kelly, BBO# 553926
dkelly@mccarter.com
Gregory D. Cote, BBO# 645943
gcote@mccarter.com
McCarter & English, LLP
265 Franklin Street
Boston, MA 02110
617-449-6500 – o
617-326-3098 – f

Benjamin Barr (Pro Hac Vice)
benjamin.barr@gmail.com
12519 Carrington Hill Drive
Gaithersburg, MD 20878
202-595-4671 – o
*admitted pro hac vice*

April 22, 2016

## CERTIFICATE OF SERVICE

I, Stephen R. Klein, hereby certify that on this 22nd day of April, 2016, the foregoing Motion for Preliminary Injunction was electronically filed with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Stephen R. Klein