UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PROJECT VERITAS ACTION FUND,<br>Plaintiff,<br><br>v.<br><br>DANIEL F. CONLEY,<br>Defendant. | Civil Action No. 1:16-cv-10462-PBS |

## ORDER

The Court has before it Project Veritas Action Fund's Assented-to Motion to Extend Deadlines. Having considered the Motion, the Court is of the opinion it should be GRANTED.

It is therefore ORDERED that the parties shall be subject to the following schedule:

1. All discovery must be completed by April 13, 2018.

2. Dispositive motions, such as motions for summary judgment or partial summary judgment and motions for judgment on the pleadings, must be filed by May 11, 2018.

3. Oppositions to dispositive motions, if any, must be filed by June 8, 2018.

_____
Hon. Patti B. Saris
Chief Judge