## Atlanta Antifascist Deface Monument & Threaten Police Officer

**Chicago Night**
**08/13/2017**
**Peace Monument Defaced by AntiFa Atlanta _ Officer Surrounded by Protestors**

**Summary**

Antifa Atlanta holds a rally/march in support of the Charlottesville, VA. Rally against White Supremacy. Protestors marched 2.5 miles to Piedmont Park in Atlanta. The rally ended at the "Peace Monument" where Antifa members began to climb the statue and spray paint the statue. They were able to rip the leaves out of the left hand of the statue.

At the end of the rally a Police Officer stopped the protestors from continuing to deface the statue. The protestors wanted to attack the officer. Other officers came and broke up the protest.

**Details**

2100 hours Marched with peaceful marchers to Piedmont Park in Atlanta. The march was hosted by AntiFa Atlanta. Protest / marchers were relatively peaceful. The marchers entered Piedmont Park in Atlanta where they circled around the Peace Monument.

2140 hours AntiFa members climbed the Peace Monument and began to spray paint FU_ _ YOU on the face of the statue. They then put a chain around the monument and tried to pull it down. They were unsuccessful in their attempts. They decided to simply rip the leaves out of the hand of the statue since that appeared to be an easier task. They were able to actually knock the leaves down without having to use the chain. (video included – spraypaintingstatue.mov)

An Atlanta Police Officer noticed protestors were defacing the monument and stood in front of the monument to protect the statue. AntiFa members began to yell at the officer and began to threaten him with bodily harm.

One protestor (a black woman with a bull horn) stood next to the officer and told people that he has a right to speak. The AntiFa members went crazy when she began to protect the officer. (video included- protestors surround officer.mov)

I noticed many officers were beginning to sneak up behind us in the dark so I packed up and left. I counted approximately 50 officers slowly walking in the dark towards the monument.

**Comments**

Most of the marchers were peaceful. Once at the destination AntiFA took over and the rally became more radical. I could tell some of the marchers were a little nervous watching AntiFa deface the monument and surround the police officer. Only one person in the rally protected the officer. Everyone else was ready to watch violence if it broke out. (Video: Protestors_surround_officer.mov)





Officer Surrounded by AntiFa Atlanta Protestors

**End**