UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| PROJECT VERITAS ACTION FUND, <br> Plaintiff, <br> v. <br> DANIEL F. CONLEY, <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 1:16-cv-10462-PBS <br><br> **ORAL ARGUMENT REQUESTED** |

## DISTRICT ATTORNEY DANIEL F. CONLEY'S
## MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56(c), District Attorney Daniel F. Conley respectfully requests entry of judgment in his favor on each of the plaintiff's claims.

As grounds, D.A. Conley states that no material facts are in dispute and he is entitled to judgment as a matter of law on each claim. As further grounds, he relies upon his "Statement of Material Facts In Opposition to Plaintiff's Motion For Summary Judgment and In Support of His Motions To Dismiss and For Summary Judgment," as well as his "Memorandum of Law In Opposition to Plaintiff's Motion For Summary Judgment and In Support of His Motions To Dismiss and For Summary Judgment," both submitted herewith.

Pursuant to LR 56.1, this motion attaches the following factual record items:

1. Transcript of deposition of Joseph Halderman (excerpts);
2. Transcript of deposition of Russell Verney (excerpts);
3. Transcript of deposition of James O'Keefe (excerpts);
4. Deposition exhibit[1] no. 2 (Plaintiff's Designation for Defendant's Deposition Pursuant to Federal Rule of Civil Procedure 30(b)(6));

---

[1] The deposition exhibits in this case were numbered continuously across all depositions.

5. Deposition exhibit no. 5 (Plaintiff's Responses to Defendant's First Set of Interrogatories) (excerpts);

6. Deposition exhibit no. 21 (screen shot);

7. Deposition exhibit no. 22 (screen shot);

8. Deposition exhibit no. 28 (Plaintiff's Supplemental Responses to Defendant's First Set of Requests for Admission);

9. Deposition exhibit no. 35 (screen shot);

10. Deposition exhibit no. 37 (screen shot);

11. Image of DVD containing selected video files from deposition exhibit no. 39 (DVD filed manually with Court);

12. Image of CD containing selected video files from deposition exhibit no. 52 (CD filed manually with Court);

13. Deposition exhibit no. 73 (letter to Project Veritas Action Fund);

14. Deposition exhibit no. 74 (Federal Election Commission documents); and

15. Deposition exhibit no. 75 (factual basis).

## Request for Oral Argument

Pursuant to LR 7.1(D), D.A. Conley respectfully requests a hearing on this motion, on the ground that oral argument is likely to be of assistance to the Court.

Respectfully submitted,

MAURA HEALEY
ATTORNEY GENERAL

*/s/ Eric A. Haskell*

Originally filed (under seal):
June 1, 2018

Re-filed (pursuant to ECF #125):
August 1, 2018

Eric A. Haskell, BBO No. 665533
Matthew P. Landry, BBO No. 690441
Assistant Attorneys General
One Ashburton Place
Boston, Massachusetts  02108
617-963-2855
eric.haskell@state.ma.us

2

## **CERTIFICATE OF SERVICE**

     I certify that a copy of this document will be sent electronically by the ECF system to attorneys of record identified on the Notice of Electronic Filing.

                                             */s/ Eric A. Haskell*

                                             _____

August 1, 2018                                     Eric A. Haskell
                                                  Assistant Attorney General