

PVAF
EXHIBIT NO. 73
4-9-18 C



**FEDERAL ELECTION COMMISSION**
WASHINGTON, D.C. 20463

OCT 24 2016

Project Veritas Action Fund
1214 West Boston Post Road No. 156
Mamaroneck, NY 10543

                                                RE:    MUR 6982

Dear Sir or Madam:

       The Federal Election Commission received a complaint which indicates that Project Veritas Action Fund, may have violated sections of the Federal Election Campaign Act of 1971, as amended ("the Act"). A copy of the complaint is enclosed. We have numbered this matter MUR 6982. Please refer to this number in all future correspondence.

       The complaint was not sent to you earlier due to administrative oversight. Under the Act, you have the opportunity to demonstrate in writing that no action should be taken against Project Veritas Action Fund in this matter. If you wish to file a response, you may submit any factual or legal materials which you believe are relevant to the Commission's analysis of this matter. Where appropriate, statements should be submitted under oath by persons with relevant knowledge. Your response, which should be addressed to the General Counsel's Office, must be submitted within 15 days of receipt of this letter. If no response is received within 15 days, the Commission may take further action based on the available information.

       This matter will remain confidential in accordance with 52 U.S.C. § 30109 (a)(4)(B) and § 30109(a)(12)(A) unless you notify the Commission in writing that you wish the matter to be made public. Please be advised that, although the Commission cannot disclose information regarding an investigation to the public, it may share information on a confidential basis with other law enforcement agencies.[1]

       If you intend to be represented by counsel in this matter, please advise the Commission by completing the enclosed form stating the name, address and telephone number of such counsel, and authorizing such counsel to receive any notification and other communications form the Commission. Please note that you have a legal obligation to preserve all documents, records, and materials relating to the subject matter of the submission until such time as you are notified that the Commission has closed its file in this matter. See 18 U.S.S. § 1519.

---

[1] The Commission has the statutory authority to refer knowing and willful violations of the Act to the Department of Justice for potential criminal prosecution, 52 U.S.C. § 30109(a)(5)(C), and to report information regarding violations of law not within its jurisdiction to appropriate law enforcement authorities. *Id.* § 30107(a)(9).

Any correspondence sent to the Commission must be addressed to one of the following (note, if submitting via email, this Office will provide an electronic receipt by email):

**Mail**  OR  **Email**
Federal Election Commission            CELA@fec.gov
Office of Complaints Examination and
Legal Administration
Attn: Mary Beth deBeau, Paralegal
999 E Street, NW
Washington, DC  20436

If you have any questions, please contact Mary Beth deBeau, the paralegal assigned to this matter, at (202) 694-1650.  For your information, we have enclosed a brief description of the Commission's procedures for handling complaints.

Sincerely,

Jeff Jordan
Assistant General Counsel
Complaints Examination &
Legal Administration