UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PROJECT VERITAS ACTION FUND,      )<br>                                                               )<br>        Plaintiff,                                  )<br>                                                               )<br>v.                                                           )<br>                                                               )<br>RACHAEL ROLLINS, in her official       )<br>capacity as Suffolk County District       )<br>Attorney,                                             )<br>                                                               )<br>        Defendant.                              )<br>                                                               ) | C.A. No. 1:16-cv-10462-PBS |

## NOTICE OF APPEAL

Notice is hereby given that Project Veritas Action Fund, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the First Circuit from final judgment being entered on May 23, 2019, related to an order dated March 23, 2017, dismissing plaintiff's second count. Dkt. 1 at 9; Dkt. 46.

Dated: June 6, 2019

Respectfully submitted,

PROJECT VERITAS ACTION FUND,

By its attorneys,

/s/ Benjamin Barr
Benjamin Barr (Pro Hac Vice)
Statecraft PLLC
444 N. Michigan Ave. #1200
Chicago, Illinois 60611
202-595-4671 – o
ben@statecraftlaw.com
*admitted pro hac vice*

        Stephen R. Klein (Pro Hac Vice)
        Statecraft PLLC
        1629 K Street NW
        Suite 300
        Washington, DC 20006
        (202) 804-6676 -o
        steve@statecraftlaw.com
        *admitted pro hac vice*

        Daniel J. Kelly, BBO# 553926
        dkelly@mccarter.com
        McCarter & English, LLP
        265 Franklin Street Boston, MA 02110
        617-449-6500 – o
        617-326-3098 – f

June 6, 2019

## **CERTIFICATE OF SERVICE**

    I, Benjamin T. Barr, hereby certify that on this 6th day of June, 2019 the foregoing Notice of Manual Filing was electronically filed with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                      /s/ Benjamin Barr