UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                        )
PROJECT VERITAS ACTION FUND,            )
                Plaintiff,              )
                                        )
        v.                              )        Civil Action No. 1:16-cv-10462-PBS
                                        )
RACHAEL ROLLINS,                        )
                Defendant               )
_____)

**JOINT RESPONSE OF THE PARTIES TO COURT
ORDER CONCERNING FORM OF JUDGMENT**

        Plaintiff Project Veritas Action Fund and defendant District Attorney Rachael Rollins

respectfully submit the attached proposed form of judgment.[1]

        Respectfully submitted,

MAURA HEALEY                            PROJECT VERITAS ACTION FUND
ATTORNEY GENERAL                        By its attorneys:

  */s/ Eric A. Haskell*                   */s/ Stephen R. Klein*
_____              _____
Eric A. Haskell, BBO No. 665533         Stephen R. Klein (pro hac vice)
Assistant Attorney General              Benjamin Barr (pro hac vice)
One Ashburton Place                     Barr & Klein PLLC
Boston, Mass.  02108                    1629 K St NW Ste. 300
(617) 963-2855                          Washington, DC 20006
eric.haskell@mass.gov                   (202) 804-6676
                                        steve@barrklein.com

                                        Daniel J. Kelly, BBO# 553926
                                        McCarter & English, LLP
                                        265 Franklin Street
                                        Boston, MA 02110
                                        617-449-6500
                                        dkelly@mccarter.com

_____

[1] The plaintiff makes this submission without waiver of, or prejudice to, its rights to seek further review of the judgment of the Court of Appeals.

## **CERTIFICATE OF SERVICE**

I certify that a true copy of this document will be sent electronically by the ECF system to attorneys of record identified on the Notice of Electronic Filing.

*/s/ Eric A. Haskell*

February 1, 2021

Eric A. Haskell
Assistant Attorney General