UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PROJECT VERITAS ACTION FUND,<br>   Plaintiff,<br><br>  v.<br><br>RACHAEL ROLLINS,<br>   Defendant | Civil Action No. 1:16-cv-10462-PBS |

## **[PROPOSED] JUDGMENT**

This matter having come before the Court on the parties' cross-motions for summary judgment (dkt. nos. 101 & 113) and the defendant's motion to dismiss (dkt. no. 112), it is hereby ORDERED that, pursuant to the opinion and judgment of the Court of Appeals (dkt. nos. 158 & 159):

1. Judgment is entered against the plaintiff's claim that Mass. G.L. c. 272, § 99, is substantially overbroad in contravention of the First Amendment (i.e., Count I, ¶ 35, of the Second Amended Complaint (dkt. no. 83));

2. The plaintiff's claim that Mass. G.L. c. 272, § 99, contravenes the First Amendment insofar as it prohibits the secret, nonconsensual audio recording of all government officials discharging their official duties in public spaces (i.e., Count I, ¶¶ 36-38, of the Second Amended Complaint) is dismissed for lack of jurisdiction;

3. Judgment is entered against the plaintiff's claim that Mass. G.L. c. 272, § 99, contravenes the First Amendment insofar as it prohibits the secret, nonconsensual audio recording of any person who does not have a reasonable expectation of privacy in what is recorded (i.e., Count II of the Second Amended Complaint).

IT IS SO ORDERED.

                     _____
                     Hon. Patti B. Saris
                    United States District Judge